## 66 BRIGGS *v.* BROWN.

HIRAM W. WHITMORE *v.* THE NEW YORK CONDENSED MILK COMPANY.— Appeal from judgment order amending findings and order refusing to vacate same, and order affirming taxation affirmed, with costs, and appeal dismissed, with costs. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* BALTHASER MARKERT *v.* JAMES JOURDAN, *Commissioner of Police of Brooklyn*.—Order removing relator from police affirmed, with costs. Opinions by BARNARD, P. J., and DYKMAN, J.

IN THE MATTER OF THE PETITION OF THE TRUSTEES OF THE NEW YORK AND BROOKLYN BRIDGE, *Respondents*, TO ACQUIRE LANDS OF CLARA LEGGETT, *Appellant*. — Order confirming report of commissioners affirmed, with costs and disbursements. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

MARY PRICE and JOSEPH O'BRYAN, *Respondents*, *v.* SEPTIMUS BROWN and another, *Appellants*. — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

JAMES MOTT, *Respondent*, *v.* HENRY PRITCHARD, *Appellant*.— Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

JOHN FALLEN, *Respondent*, *v.* ROSANNA LAWLER, *Appellant.* — Motion denied. Opinion by PRATT, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* GEORGE T. BURLING, *Appellant*, *v.* HARRISON HUNT and others, *Respondents.* — Order affirmed, with costs and disbursements. Opinion by PRATT, J.; DYKMAN, J., not sitting.

IN THE MATTER OF THE APPLICATION OF GEORGE BECHTEL.— Order affirmed, with costs and disbursements. Opinion by BARNARD, P. J.

JOHN T. MAGRATH, *Respondent*, *v.* THOMAS MAHER, *Appellant.* — Motion to dismiss appeal granted, with ten dollars costs. Opinion by BARNARD, P. J.

MARGARET WREDE *v.* HERMAN BLATTMACHER.— Judgment for plaintiff on submitted case. Opinions by BARNARD, P. J., and PRATT, J.

ENOS LEE, *Executor, Appellant, v.* AMY HORTON and others, *Appellants.* — Appeal withdrawn.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* SUSAN MAGILL, *Appellant, v.* W. BANTA, Jr., *Respondent.* — Order filed October 6, 1883, and order filed October 22, 1883, affirmed, with costs. Opinion by DYKMAN, J.

MANASSEH BRIGGS and another, *Appellants, v.* ROBERT J. BROWN, *Respondent.* — Judgment and order denying motion to set aside the same affirmed, with costs. Opinion by DYKMAN, J.; PRATT, J., not sitting.